## 7796. Newsome v. Sheppard.

George, J. A petition for certiorari, setting out the testimony introduced in a possessory-warrant case, and assigning error only in the following sentence: "Each side closed and the court made a judgment awarding the said corn to the plaintiff, Sheppard, which judgment the defendant assigns as error," presents no question for determination by the court, and the judge of the superior court properly dismissed the petition for lack of a sufficient assignment. Civil Code of 1910, § 5183; *Papworth v. Fitzgerald*, 111 *Ga.* 54 (36 S. E. 311); *Harrell v. Quitman*, 17 *Ga. App.* 299 (86 S. E. 662), and cases there cited. Nothing in *Birdford Supply Co. v. Edwards*, 16 *Ga. App.* 518 (85 S. E. 687); or in *Patterson v. Beck*, 133 *Ga.* 701 (66 S. E. 911), conflicts with this ruling.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*
Decided March 20, 1917.

Certiorari; from Jefferson superior court—Judge Hardeman. July 31, 1916.

*J. C. Newsome*, for plaintiff in error. *M. C. Barwick*, contra.